IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FREDERICK L. SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-2233-JAR |
| | ) | |
| AMSTED RAIL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 64) to amend the scheduling order filed on July 1, 2019 (ECF No. 49). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. All discovery shall be commenced or served in time to be completed by **January 31, 2020.**

b. The final pretrial conference is rescheduled from December 23, 2019, to **February 18, 2020, at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **February 7, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's

1

website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

      c.      The deadline for filing potentially dispositive motions is extended to **March 3, 2020.**

      d.      At the request of the presiding district judge, the trial setting is changed to a start date of **November 3, 2020, at 9:00 a.m.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 12, 2019, at Kansas City, Kansas.

                                                    s/ James P. O'Hara
                                                    James P. O'Hara
                                                    U.S. Magistrate Judge